EMIL GROSS, Respondent and Appellant, *v.* HENRY B. WELSH, Appellant, and B. TITMAN COMPANY, Respondent.

(Argued January 10, 1930; decided February 11, 1930.)

*I. Maurice Wormser* and *Saul S. Streit* for appellant.
*Stanley C. Fowler, Ralph O. L. Fay* and *M. N. Schleider* for plaintiff-respondent and appellant.
*Frederick Mellor* for defendant-respondent.

Judgment affirmed, with costs, in favor of plaintiff against the defendant Welsh and in favor of the defendant B. Titman & Co. against the plaintiff; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.